JS-6
cc: Fiscal Section

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas Corporation,<br><br>   Plaintiff in Interpleader,<br><br>   v.<br><br>KKMB, LLC, a Nevada Limited Liability Company; NADIA SHOUBASH KORT, individually and as the representative of the ESTATE OF NOURA SHOUBASH; SANDRA RABADI, an individual; REEM RABADI, an individual; and WEST BANK, an Iowa Corporation,<br><br>   Defendants in Interpleader.<br><br>AND RELATED ACTIONS | CASE No. CV 20-974-GW-JPRx<br><br>RELATED CASE Nos.:<br><br>2:18-CV-05170-GW-JPR:<br>2:20-CV-00210-GW-JPR<br><br>**JUDGMENT**<br><br>Date: August 20, 2020<br>Time: 8:30 a.m.<br>Dept.: 9D<br><br>Honorable George H. Wu<br>Presiding Judge<br><br>Honorable Jean P. Rosenbluth<br>Magistrate Judge<br><br>Action Filed: January 30, 2020<br>Trial Date:    None Set |

2077.002\8790

# JUDGMENT

On January 30, 2020, Plaintiff Life Insurance Company of the Southwest ("LSW") filed this Complaint in Interpleader concerning the $5,000,000 death benefit from LSW policy number LS0172485 ("LSW Policy"), written on the life of Noura Shoubash. (Dkt. 1) LSW properly initiated this Complaint in Interpleader, (Dkt. 1), and this Court has jurisdiction over the deposited stake. (Dkts. 3, 11). LSW deposited $5,063,561.64 with the Court on January 30, 2020. (Dkt. 11).

On June 8, 2020, the Court Clerk entered default of Defendants Sandra Rabadi and Reem Rabadi for failure to respond to the Complaint. (Dkts. 40, 41).

On June 17, 2020, this Court in Case No. 2:18-cv-05170 GW (JPRx) (the "KKMB Case") issued a final, separate judgment, adjudging the following:

> 1) KKMB is the sole owner and beneficiary of the Life Insurance Company of the Southwest Policy #LS0172485 and the $5,000,000 death benefit from the Policy.
>
> 2) KKMB is the sole owner and beneficiary of the Prudential Life Insurance Company Policy #V2023959 and the $4,500,000 death benefit from the Policy.
>
> 3) None of the Defendants are entitled to the death benefits from either of the two policies.
>
> 4) KKMB – or its assigns – is entitled to Life Insurance Company of the Southwest Policy #LS0172485's death benefits.

    5) KKMB – or its assigns – is entitled to Prudential Life Insurance Company Policy #V2023959's death benefits.

Noura Shoubash and Defendants Nadia Shoubash Kort, Sandra Rabadi and Reem Rabadi are all defendants in the KKMB Case.

  On July 09, 2020, LSW filed a Motion for Discharge of Stakeholder in Interpleader Action and for Default Judgment. (Dkt. 43).

  On July 16, 2020, Defendants KKMB, LLC ("KKMB") and West Bank filed their Motion for Summary Judgment on the basis that res judicata and collateral estoppel precluded Defendants Nadia Shoubash Kort, individually and as Representative of the Estate of Noura Shoubash ("Kort"), Sandra Rabadi and Reem Rabadi from relitigating the issue of entitlement to the LSW Policy death benefits.

  On August 20, 2020, this Court granted Life Insurance Company of the Southwest's Motion and held the Complaint in Interpleader proper. This Court ordered that Life Insurance Company of the Southwest be granted an injunction against Defendants KKMB, West Bank, Kort, Sandra Rabadi and Reem Rabadi, and ordered that $9,119.92 be paid to Life Insurance Company of the Southwest for its attorneys' fees and costs by Defendants Kort, Sandra Rabadi and Reem Rabadi. (Dkt. 52). This Court also entered Default Judgment against Defendants Sandra Rabadi and Reem Rabadi for their failure to respond to the Complaint. (Dkt. 52). Also on August 20, 2020, this Court granted KKMB and West Bank's Motion for Summary Judgment. (Dkt. 51). Pursuant to the Court's orders granting KKMB and West Bank's Motion for Summary Judgment and LSW's Motion for Discharge and for Default Judgment, this Court now issues a final judgment and makes the following explicit rulings:

(1) This Court re-affirms and expressly incorporates into this Judgment the factual and legal findings set out in this Court's August 20, 2020 Order granting LSW's Motion for Discharge and for Default Judgment. (Dkt. 52).

(2) This Court re-affirms and expressly incorporates into this Judgment the factual and legal findings set out in this Court's August 20, 2020 Order granting KKMB and West Bank's Motion for Summary Judgment. (Dkt. 51).

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that:

1) KKMB, LLC is the sole owner and beneficiary of the Life Insurance Company of the Southwest Policy ("LSW Policy") #LS0172485 and the $5,000,000 death benefit from that Policy.

2) Defendants Nadia Shoubash Kort, individually and as Representative for the Estate of Noura Shoubash, Sandra Rabadi and Reem Rabadi are not entitled to any portion of the Life Insurance Company of the Southwest Policy #LS0172485 death benefits.

3) Default Judgment is entered against Defendants Sandra Rabadi and Reem Rabadi.

4) The Plaintiff-in-Interpleader, Life Insurance Company of the Southwest, is entitled to receive $9,119.92 as payment for its reasonable attorneys' fees and costs in bringing this action. Defendants Nadia Shoubash Kort, Sandra Rabadi and Reem Rabadi are jointly and severally liable to Life Insurance Company of the Southwest for the $9,119.92.

5) Plaintiff-in-Interpleader, Life Insurance Company of the Southwest, is discharged and dismissed from the action with prejudice.

6) Defendants KKMB, LLC, West Bank, Nadia Shoubash Kort, Sandra Rabadi and Reem Rabadi, and any person claiming by, through, or under them, are enjoined and restrained from instituting or prosecuting any suit, proceeding or any action or actions in any State court or Federal court against LSW, or any of its agents, on account of or relating to the LSW Policy death benefits.

7) West Bank, as KKMB, LLC's assignee, is entitled to receive payment of the entirety of the funds on deposit with the Court. The Court Clerk shall release the $5,063,561.64 on deposit with the Court, as well as any interest accumulated thereon, to West Bank. The Court Clerk shall make payment by Check or Wire Transfer to West Bank by such method and to such payee as West Bank may request.

IT IS SO ORDERED.

Dated: August 31, 2020

_____
Hon. George H. Wu
United States District Judge

Respectfully submitted,

*/s/ Raef J. Cogan*
Raef J. Cogan
CONKLE, KREMER & ENGEL
Attorney for Defendants KKMB, LLC.
And West Bank

*/s/ Jason A. James*
Jason A. James
MESERVE, MUMPHER & HUGHES LLP
Attorney for Plaintiff Life Insurance
Company of America

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, California 90403-2351.

On August 27, 2020, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2020, at Santa Monica, California.

*/s/ Raef J. Cogan*
Raef J. Cogan

2077.002\8790

# SERVICE LIST

## The Insurance Company of the Southwest
## v.
## KKMB, LLC, et al.
## 2:20-cv-00974

| | |
|---|---|
| Linda M. Lawson<br>Jason A. James<br>MESERVE, MUMPER & HUGHES LLP<br>1000 Wilshire Boulevard, Suite 1860<br>Los Angeles, California 90017-2457<br>Telephone: (213) 620-0300<br>Facsimile: (213) 625-1930<br>llawson@mmhllp.com<br>james@mmhllp.com<br><br>*Attorneys for Plaintiff in Interpleader*<br>*LIFE INSURANCE COMPANY*<br>*OF THE SOUTHWEST* | Nadia Shoubash Kort<br>8255 Vineyard Ave. #100i<br>Rancho Cucamonga, CA 91730<br>Nkort@msn.com<br><br>*In Pro Per* |

Reem Rabadi
Sandra Rabadi
13054 Arborwalk Lane
Tustin Ranch, CA 92782

*In Pro Per*